[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT



No. 97-2236

UNITED STATES,

Appellee,

v.

GEORGE R. JORDAN, JR.,

Defendant, Appellant.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. D. Brock Hornby, U.S. District Judge] 



Before

Torruella, Chief Judge, 
Selya and Boudin, Circuit Judges. 



David Beneman and Levenson, Vickerson & Beneman on brief for 
appellant.
Jay P. McCloskey, United States Attorney, John S. Gleason III, 
Assistant U.S. Attorney, and F. Mark Terison, Assistant U.S. Attorney, 
on brief for appellee. 



February 10, 1998


Per Curiam. Upon careful review of the record, briefs, 

motion for summary affirmance, and objection, we conclude

that the district court properly applied the law of the case

and was not required to reconsider its decision not to group

the mail fraud and money laundering counts under U.S.S.G. 

3D1.2. See United States v. Bell, 988 F.2d 247, 250 (1st 

Cir. 1993). In the context of this appeal, we perceive no

need for further argument, and we decline to revisit United 

States v. Lombardi, 5 F.3d 568, 570-71 (1st Cir. 1993). 

Affirmed. See 1st Cir. Loc. R. 27.1. 

-2-